680

*Kenneth F. Burgess* and *Douglas F. Smith* for the Life Insurance Group, respondents. 

No. 632. MOSLEY ET AL. *v.* UNITED STATES APPLIANCE CORP. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Alan W. Davidson* for petitioners. *Mr. Philip Harper Allen* for respondent. 

No. 633. TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS *v.* STAENGEL. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Carleton S. Hadley* and *Walter N. Davis* for petitioner. *Messrs. Mark D. Eagleton* and *Roberts P. Elam* for respondent. 

No. 634. COTROS ET AL. *v.* NASHVILLE TRUST Co., EXECUTOR. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Robert Lee Bartels* and *Felix Earl Hagler* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *William L. Cary* for respondent. 

No. 637. RICE ET AL., TRUSTEES, *v.* GUTERMAN, TRUSTEE IN BANKRUPTCY. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Paul A. Dever* and *Edward O. Proctor* for petitioners. *Mr. Harry N. Guterman* for respondent.